# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Leda Dunn Wettre |
| v. | CASE NO. 21-13103 |
| John Jhong *Defendant* | DATE OF PROCEEDINGS: February 9, 2022 |
| | DATE OF ARREST: |

**PROCEEDINGS:** Motion to Withdraw as Counsel

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [x] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Mr. Baldassare to submit a detailed Affidavit to the Court under seal.

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.    DATE:
- [ ] DETENTION/BAIL HRG.    DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY    DATE:
- [ ] SENTENCING    DATE:
- [ ] OTHER:    DATE:

**APPEARANCES:**

AUSA: Olijade Araromi, Chad Davis

DEFT. COUNSEL: Michael Baldassare

PRESENT: AFPD, Saverio Viggiano

INTERPRETER
Language:

TIME COMMENCED: 11:30 am
TIME TERMINATED: 12:00 pm
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK